# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-1989

_____

Harvey F. Euge,                                        *
                                                       *
          Appellant,                      *
                                                       *
    v.                                              *
                                                       *
Robert Adler, Judge of St. Louis                       *
County Municipal Court, 21st. Jud.      * Appeal from the United States
Circuit Individually and Officially;    * District Court for the
Ronald A. Battelle, Colonel, Chief      * Eastern District of Missouri.
of St. Louis Co. Police Dept.,                         *
Individually and Officially; Jack       *     [UNPUBLISHED]
Plummer, Director, Bureau of Uniform                   *
Patrol of St. Louis Co. Police Dept.,                  *
Individually and Officially; Dennis                    *
George, Captain, Commander of the                      *
South County Precinct of the St. Louis                 *
County Police Dept., Individually and                  *
Officially; Jeffrey P. Medler, Asst.                   *
County Counselor for the County of                     *
St. Louis, MO, Individually and                        *
Officially; Frank J. Malone, Director of               *
Dept. of Public Works for St. Louis                    *
County, MO, Individually and                           *
Officially; Karen J. Wittkoetter,                      *
Supervisor, Property Maintenance and                   *
Zoning Inspections for the County of                   *
St. Louis, State of MO, Individually                   *
and Officially; George ("Buzz")                        *
Westfall, Duly Elected County                          *
Executive for the County of St. Louis,                 *

State of MO, Individually and       *
Officially,       *
      *
          Appellees.       *

_____

Submitted:  May 27, 1998
Filed:  June 1, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Harvey F. Euge appeals from the district court's[1] denial of his motion for reconsideration following the dismissal of his 42 U.S.C. § 1983 complaint without prejudice.  After a careful review of the record and the parties' submissions on appeal, we conclude the district court's rulings were correct and an extended discussion is unnecessary.  Accordingly, we affirm the judgments of the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.